UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| AMOS J. HARRIS, JR. ) | |
| ) | |
| vs.  ) | Case No. 7:08-cv-08047-LSC-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

**O R D E R**

On June 23, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED and this action DISMISSED.

Done this 20th day of July 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671